THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Gregory
 Freeman, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-119
Submitted February 1, 2008  Filed
 February 13, 2008    
AFFIRMED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott
 Assistant Attorney General Deborah R. J. Shupe, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Gregory
 Freeman (Appellant) pled guilty to assault and battery of a high and aggravated
 nature and was sentenced to ten years in prison.  On appeal, Appellant contends
 the plea judge erred in accepting his plea because it was not voluntarily and
 intelligently given since he admitted to striking and choking the victim, but denied
 that he intended to harm her.  We affirm pursuant to Rule 220(b)(2), SCACR and
 the following authorities:  State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d
 691, 693-94 (2003) (In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial judge.  Issues not raised and ruled upon in the trial court will not be considered on appeal.); State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599
 (1982) (Absent timely objection at a plea proceeding, the unknowing and
 involuntary nature of a guilty plea can only be attacked through the more
 appropriate channel of Post-Conviction Relief.).  
AFFIRMED.[1]
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.